IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR BREVARD COUNTY,
FLORIDA

**RAYMOND RAMDEO**

    **Plaintiff,**

vs.                             CASE NO.  05-2007 CA 22548-XXXX-XX

**OPERATIONS MANAGEMENT
INTERNATIONAL, INC.**

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

Plaintiff, RAYMOND RAMDEO, by and through his undersigned counsel, sues Defendant OPERATIONS MANGEMENT INTERNATIONAL, INC. (hereinafter "OMI"), and alleges as follows:

1. This is an action for damages that exceed $15,000.00, but less than $75,000.

2. The unlawful employment practices alleged below were committed within Brevard County, Florida.

3. At all times material to this Complaint, Plaintiff has resided in Brevard County, Florida

4. Defendant, OMI is a foreign corporation, that at all times material herein was registered and doing business in the State of Florida.

5. Plaintiff is of Indian heritage from Guayana.

6. Plaintiff has retained the undersigned attorney and agreed to pay him a reasonable fee.

7. On September 25, 2006 Plaintiff filed a claim with the Florida Commission on Human Relations alleging discrimination based on race, national origin and color.

8. On September 25, 2006 Plaintiff filed a claim with the Equal Employment Opportunity Commission alleging discrimination based on race, national origin, and color. More than one hundred eighty (180) days have passed since the filing of said Complaint.

9. On March 12, 2007 Equal Employment Opportunity Commission sent a Dismissal and Notice of Rights to the Plaintiff.

10. Plaintiff has exhausted his administrative remedies prior to bringing this action.

11. Plaintiff has complied with all conditions precedent prior to bringing this action.

## COUNT I

## DISCRIMINATION BASED ON RACE & NATIONAL ORIGIN

## STATE CLAIM

12. Plaintiff realleges and incorporates paragraphs 1 through 11 of this Complaint as if set forth in full herein.

13. This action is brought pursuant to Section 760, Florida Statutes.

14. The Defendant discriminated against and harassed Plaintiff on the basis of his race and national origin. Some examples include:

A. Plaintiff's Project Director, Gerald Boyce would make comments in general on how he "hates foreigners".

B. On many occasions, Mr. Gerald Boyce would repeatedly call Mr. Ramdeo a "fucking Pilipino".

15. Plaintiff, a male, has been subjected to racial remarks, statements and racial hostile work environment during his employment with Defendant.

16. The racial harassment of Plaintiff by Defendant consisted of Mr. Gerald Boyce subjecting Plaintiff to a hostile and offensive work environment because of his skin color and ethnic background.

17. In its disparate treatment of Plaintiff, the Defendant discriminated against Plaintiff on the basis of his race and national origin.

18. Defendant violated the provisions of Section 760.10(1), Florida Statutes, which makes it unlawful for an employer to discharge or fail or refuse to hire an individual, or otherwise to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's race.

19. The Plaintiff complained to Defendant's Senior Vice President of Delivery, Roger Quayle regarding the harassment perpetrated by Mr. Gerald Boyce but nonetheless, the racial discrimination continued.

20. Defendant failed and refused to take appropriate remedial action after Plaintiff reported that he was the victim of racial discrimination.

21. The Plaintiff subsequently was terminated from his position.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for all damages to which he may be entitled, including, but not limited to:

A. Judgment for back pay, front pay, expenses incurred by Plaintiff in his job search, and loss of benefits, including, but not limited to, all money paid for health benefits and loss of vacation entitlement;

B. Compensatory damages including, but not limited to, mental anguish, loss of dignity and other tangible injuries;

C. Punitive damages;

D. An award of reasonable attorney's fees and all costs incurred herein; and

E. All other damages to which Plaintiff may be entitled.

## COUNT II

## HOSTILE WORK ENVIRONMENT

22. Plaintiff realleges and incorporates paragraphs 1 through 21 of this Complaint as if set forth in full herein.

23. This action is brought pursuant to Chapter 760, Florida Statutes.

24. In addition to Plaintiff being subjected to constant offensive remarks, Defendant harassed Plaintiff by forcing him to relocate his family from Melbourne to Venice in order to fulfill a new job duty would require Plaintiff to be on call for weekends, or nights to fix broken sewer pipes. Plaintiff has no experience or training in repairing pipes. The sole reason to create such requirements was to harass Plaintiff.

25. Subsequently Plaintiff was terminated from his position. Any explanation for terminating Plaintiff is a pretext to the true motive of discrimination. In any event, Defendant's discrimination of Plaintiff was a motivating factor in the termination of Plaintiff.

26. The racially hostile and race-biased environment to which Plaintiff was subjected to was based on his being of Indian Heritage from Guyana.

27. As a direct, natural, proximate and foreseeable result of the Defendant's actions, Plaintiff has suffered past and future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, loss of dignity and other non-pecuniary losses and intangible injuries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for all damages to which he may be entitled, including, but not limited to:

A. Judgment for back pay, front pay, expenses incurred by Plaintiff in his job search, and loss of benefits, including, but not limited to, all money paid for health benefits and loss of vacation entitlement;

B. Compensatory damages including, but not limited to, mental anguish, loss of dignity and other tangible injuries;

C. Punitive damages;

D. An award of reasonable attorney's fees and all costs incurred herein; and

E. All other damages to which Plaintiff may be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues herein triable by jury.

DATED this ___17___ day of September 2007.

ALLEN & ARCADIER, P.A.

Maurice Arcadier, Esquire
Florida Bar No. 131180
Wayne L. Allen, Esquire
Florida Bar No. 0110025
Attorneys for Plaintiff
700 N. Wickham Road, Suite 107
Melbourne, Florida 32935
Phone: (321) 254-7550
Fax: (321) 242-1681